UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES,

    *Plaintiff,*

v.

EDDIE ANTAR,

    *Defendant.*

*Criminal Action No.* 92-347

## AGREED ORDER TO LIQUIDATE ACCOUNT

**WHEREAS,** by Judgment in this matter dated March 6, 1997, Defendant Eddie Antar was ordered to pay restitution in the amount of $250,000.00 "at $50,000.00 per year...;" and,

**WHEREAS,** the outstanding balance due on the restitution judgment was $237,953.75 as of July 22, 2009; and,

**WHEREAS,** the parties have identified a dormant bank deposit account (the "Account") at Bank Hapoalim B.M., numbered 08801142, with balance of $158,841.37 as of August 25, 2009, titled in the name of Caliver Enterprises, SA ("Caliver"), with a beneficial owner and sole signatory listed as David Cohen ("Cohen"); and,

**WHEREAS,** Caliver and Cohen, and each of them, are corporate and fictitious alter egos of Defendant Antar; and,

**WHEREAS,** the parties have agreed to liquidate the Account and apply the proceeds toward the outstanding balance of the restitution judgment (the "Judgment") entered against Defendant Antar in the above-captioned action;

**NOW THEREFORE,** in accordance with the parties' agreement,

**IT IS HEREBY ORDRED THAT:**

1. Bank Hapoalim B.M. shall liquidate the Account, numbered 08801142, in the name of Caliver Enterprises, S.A. and forward the proceeds payable to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Room 202, Trenton, NJ 08608; and,

2. The Clerk of the Court shall apply the proceeds of the Account toward the outstanding balance of the restitution judgment entered against Defendant Antar in the above-captioned action; and,

3. Upon receipt of the funds, defendant Antar shall be deemed current on his restitution obligation and shall not be liable for another payment until three years from the receipt of funds; and,

4. Upon receipt of the funds, the U.S. Attorney's Office shall terminate its forced collection efforts pursuant to the Treasury Offset Program against Defendant Antar for a period of three years.

Dated this ___11___ day of ~~March~~ JUNE, 2010.

~~HAROLD A. ACKERMAN~~
**UNITED STATES DISTRICT JUDGE**

Dennis M. Cavanaugh
U.S. District Judge

Seen and Agreed:

Leah S. Bynon
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Phone: (973) 645-2700
Attorney for Plaintiff

Eddie Antar
2128 East Third Street
Brooklyn, NY 11223
Phone: (917) 626-3493
Pro Se

2



**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

970 Broad Street, Suite 700　　　general number: (973) 645-2700
Newark, New Jersey 07102　　　 telephone: 973-645-2736
　　　　　　　　　　　　　　　　fax: 973-297-2010
　　　　　　　　　　　　　　　　e-mail: Leah.Bynon@usdoj.gov

**BY ECF & BY HAND**

June 10, 2010

The Honorable Dennis M. Cavanaugh
United States District Judge
U.S. District Court for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, NJ 07102

　　　Re:　United State of America v. Eddie Antar
　　　　　 Crim.No. 92-347

Your Honor:

　　　I am an Assistant United States Attorney in the Financial Litigation Unit (FLU), whose responsibilities include the collection of fines and restitution. Mr. Antar currently has an outstanding balance on his restitution judgment of approximately $237,953. The parties have identified a dormant bank account which belongs to Eddie Antar. Mr. Antar has agreed to liquidate the account with proceeds to be applied towards his outstanding restitution, per the terms set forth in the attached agreement. The parties therefore respectfully request Your Honor's endorsement of the agreed upon Order liquidating the account. Thank you for your consideration.

JUN 1 0 2010

DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　PAUL J. FISHMAN
　　　　　　　　　　　　　　　　States Attorney

　　　　　　　　　　　　　　　　S/ Leah A. Bynon
　　　　　　　　　　　By:　　　LEAH A. BYNON
　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　Mr. Eddie Antar (By Mail)
　　　2128 East Third Street
　　　Brooklyn, NY 11223

1